LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
SHIPPING-LAND CO., LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SHIPPING-LAND CO., LTD.,

                             Plaintiff,

- against -

MAKEBA MARINE COMPANY,

                             Defendant.
----------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff SHIPPING-LAND CO., LTD., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: August 8, 2008

                                      LYONS & FLOOD, LLP
                                      Attorneys for Plaintiff
                                      SHIPPING-LAND CO., LTD.

                 By:     */s/ Kirk M. Lyons*
                          Kirk M. Lyons (KL-1568)
                          65 West 36th Street, 7th Floor
                          New York, New York 10018
                          (212) 594-2400