UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIPPING-LAND CO., LTD.,

                      Plaintiff,

-v-

MAKEBA MARINE CO.,

                      Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08
```

No. 08 Civ. 7085 (HB)
EX PARTE ORDER APPOINTING A
SPECIAL PROCESS SERVER

RICHARD J. SULLIVAN, District Judge:

    WHEREAS on August 8, 2008, plaintiff Shipping-Land Co., Ltd., filed a Verified Complaint herein for damages amounting to $3,504,588.05, inclusive of interest, costs, and attorneys' fees, and praying for the issuance of an ex parte order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

    WHEREAS on August 8, 2008, this Court issued an Ex Parte Order for Process of Maritime Attachment and Garnishment; and

    WHEREAS Plaintiff has made an application for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure; and

    WHEREAS the Court has reviewed the Declaration submitted by Kirk M. Lyons, Esq., in support of the application; IT IS HEREBY

    ORDERED that Gotham Process Servers, 299 Broadway, New York, New York 10007, or its designate, or any employee or agent of Lyons & Flood, LLP, who is over the age of 18 and not a party to this action, are hereby appointed, in addition to the United States Marshal, to serve the Order for Process of Maritime Attachment and Garnishment and Verified Complaint upon

any garnishee(s) within this district upon whom a copy of the Order may be served, and who, based upon information developed subsequent hereto by the plaintiff, may hold assets for or on account of the defendants; and,

IT IS FURTHER ORDERED that service on any garnishee as described above is deemed effective for the length of time and to the extent that the garnishee's written rules or policies so provide.

SO ORDERED.

Dated:    August 8, 2008
         New York, New York

_____
RICHARD J. SULLIVAN (PART I)
UNITED STATES DISTRICT JUDGE